**COURT MINUTES**
**U.S. MAGISTRATE JUDGE ROBERT L. DUBE' - KING BLDG. - COURTROOM 11-4**
DATE: 09/22/10       TIME: 1:30 P.M.       PAGE: 10

| | |
|---|---|
| DEFT: DANIEL PARKER (LETTER) | CASE NO: 10-3322-DUBE' |
| AUSA: Jose Bonau | ATTY: |
| AGENT: RRC | VIOL: TARGET OF INVESTIGATION |
| PROCEEDING: ~~INITIAL APPEARANCE~~ | RECOMMENDED BOND: |
| BOND/PTD CONTESTED HRG - yes / no | CJA APPT: David S. Markus |
| BOND SET @: | To be cosigned by: 786 897-4750 |
| | INTERPRETER: |

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: _____
- ☐ Home Confinement: Electronic Monitoring and/or Curfew __ _____ paid by _____
- ☐ Other _____

Disposition:

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE 9-116
TAPE No. 10-RLD N  Begin:    TIME IN COURT: 2
DAR: 14 1421