UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE:   11-CR-60226-COHN/SELTZER

UNITED STATES OF AMERICA,

vs.

DANIEL PARKER,
        Defendant
_____/

## NOTICE OF PERMANENT APPEARANCE (CJA APPOINTMENT)

COMES NOW undersigned counsel David Scott Markus, and files his Notice Of Permanent Appearance in this cause on behalf of the Defendant, and requests that the Clerk notify undersigned counsel of all future court proceedings.

Respectfully submitted,

_S/ DSM_____
David S. Markus, Esquire
Florida Bar # 331120
1501 N.W. 14TH Street
Miami, Florida 33125
(305) 545-0803

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by CMF to the United States Attorney's Office, AUSA Jose Bonau, 99 N.E. 4th Street, Miami, Fla., 33132, on this 12th day of September, 2011.

                                                        _S/ DSM_____
                                                        David S. Markus, Esquire